DANIEL ZEMEL
ZEMEL LAW LLC
660 Broadway
Paterson, New Jersey 07514
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com
*Attorneys for Plaintiff*
*Marriah Tailey*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

MARRIAH TAILEY,

    Plaintiff,

    vs.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**STIPULATED MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed R. Civ. P 26(c) and LCR 26(c), the parties, plaintiff Marriah Tailey and defendant Midland Credit Management, hereby jointly request entry of the attached proposed Stipulated Protective Order regarding the handling of confidential material. The parties make this request to facilitate discovery while protecting the confidentiality of Plaintiff's personal identifying information and other sensitive credit information contained in documents produced and other information disclosed in this litigation.

IT IS SO STIPULATED on this 3rd day of June, 2026.

Respectfully submitted,

/s/ *Daniel Zemel*
Daniel Zemel Esq.
Zemel Law LLC
660 Broadway
Paterson New Jersey, 07514
Telephone: 862-227-3106
Email: dz@zemellawllc.com
*Attorneys for Plaintiff*
*Marriah Tailey*

/s/*Garrett S. Garfield*
Garrett S. Garfield, Esq.
Holland & Knight LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
E-mail: garrett.garfield@hklaw.com
*Attorneys for Defendant*
*Midland Credit Management, Inc.*