UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARRIAH TAILEY,

                Plaintiff,

     v.

MIDLAND CREDIT MANAGEMENT, INC.,

                Defendant.

CASE NO. 3:25-cv-05816-GJL

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Presently before the Court is Plaintiff's Motion for an Extension of Time to Complete Discovery. Dkt. 17. The Motion is unopposed. *See id*. Upon review, and for good cause shown, the Motion is **GRANTED**.

//

//

//

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES - 1

Accordingly, the deadlines set forth in the Court's November 12, 2025, Scheduling Order (Dkt. 12) are **EXTENDED** and set forth as follows:

| Deadline | Date |
|---|---|
| Discovery End Date | September 8, 2026 |
| Dispositive Motions | October 8, 2026 |
| 39.1 Mediation Completion Deadline | December 22, 2026 |
| Motions in Limine Deadline | December 22, 2026 |
| Pre−trial Order Deadline | January 5, 2027 |
| Trial Brief, Proposed Voir Dire Questions and Jury Instructions Deadline | January 5, 2027 |
| Pretrial Conference | January 19, 2027 at 10:00 AM in G Courtroom |
| Jury Trial | January 25, 2027 at 9:00 AM in G Courtroom |

Dated this 22nd day of June, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES - 2